**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ESTATE OF MARJORIE C. SCHNELLER, DECEASED | : | No. 712 MAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: JAMES D. SCHNELLER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.